# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

136483

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DARRUL LEE STOCKS,
     Defendant-Appellant.

SC: 136483
COA: 275683
Wayne CC: 06-008107-01

_____/

On order of the Court, the application for leave to appeal the March 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

t0828